**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 9, 2007**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 07-10168

---

In Re: CURTIS MOORE

--------------------
On Motion for Authorization to File
Successive Petition for Writ of Habeas
Corpus in the United States District Court
Before the Northern District of Texas, Fort Worth
--------------------

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the application under 28 U.S.C. 2254(b)(3)(c) for leave to file a successive petition for writ of habeas corpus is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.